■ WeiserMazars Wealth Advisors, LLC, Formerly Known as Weiser Capital Management, LLC, Appellant, v Debra Schatzki, Respondent. [22 NYS3d 874]—Order, Supreme Court, New York County (Jeffery K. Oing, J.), entered December 10, 2014, which, to the extent appealed from as limited by the briefs, granted defendant's motion to dismiss the complaint on res judicata grounds, unanimously modified, on the law, to base the dismissal on the grounds of a prior action pending, and otherwise affirmed, without costs.

At oral argument the parties agreed that dismissal should be premised on the ground that there is a prior Federal action pending. Concur—Friedman, J.P., Renwick, Saxe and Moskowitz, JJ.